THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* WILLIAM D. DICKEY et al., as Commissioners under the Change of Grade Damage Acts. Defendants, and WILLIAM W. ASTOR, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. ASTOR, Appellant, *v.* WILLIAM D. DICKEY et al., as Commissioners under the Change of Grade Damage Acts. Defendants, and THE CITY OF NEW YORK, Respondents. (Claim No. 1708.)

*People ex rel. City of New York* v. *Dickey*, 157 App. Div. 794, affirmed.

*People ex rel. Astor* v. *Dickey.* 157 App. Div. 794, affirmed.

(Argued April 20. 1914: decided June 9. 1914.)

APPEAL, in the first above-entitled proceeding, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 13, 1913, which sustained a writ of certiorari and annulled a determination of the defendant commissioners in change of grade damage proceedings.

Appeal in the second above-entitled proceeding from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 13, 1913, which dismissed a writ of certiorari and confirmed a determination of the defendant commissioners in change of grade damage proceedings.

*Barclay E. V. McCarty* and *John M. Harrington* for appellant.

*Frank L. Polk, Corporation Counsel (Charles J. Nehrbas* of counsel), for respondents.

Order in each case affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., WERNER and HISCOCK, JJ.